# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:18-cr-00188-RCC-DTF-1

Case title: USA v. Sarmiento
Magistrate judge case number: 4:17-mj-01628-N/A-EJM

Date Filed: 02/07/2018
Date Terminated: 09/18/2018

Assigned to: Chief Judge Raner C Collins
Referred to: Magistrate Judge D Thomas Ferraro

**Defendant (1)**

**Simon Sarmiento**
49083-408
*TERMINATED: 09/18/2018*

represented by **James M Wilkes**
Law Office of James M Wilkes
271 N Stone Ave.
Tucson, AZ 85701
520-882-2802
Fax: 520-882-5785
Email: jimwilkeslaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:751(a) Escape
(1)

**Disposition**

The defendant is committed to the custody of the Bureau of Prisons for a term of TIME SERVED; placed on supervised release for a term of THREE (3) YEARS to run concurrent with the supervision in CR16-01464-TUC-RCC(DTF); Special Assessment Remitted

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18:751(a) Escape | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Erica Leigh Seger**<br>US Attorneys Office - Tucson, AZ<br>405 W Congress St., Ste. 4800<br>Tucson, AZ 85701-4050<br>520-620-7216<br>Fax: 520-620-7320<br>Email: erica.seger@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2017 | 1 | COMPLAINT as to Simon Sarmiento (1). (KEP) [4:17-mj-01628-N/A-EJM] (Entered: 08/21/2017) |
| 08/18/2017 | 3 | NOTICE OF ATTORNEY APPEARANCE: Erica L Seger appearing for USA. (KEP) [4:17-mj-01628-N/A-EJM] (Entered: 08/21/2017) |
| 01/17/2018 | 11 | Arrest Warrant Returned Executed on 1/17/2018 as to Simon Sarmiento. (ARS) (Entered: 03/01/2018) |
| 01/18/2018 | | Arrest of Simon Sarmiento in District of Idaho. (SIB) [4:17-mj-01628-N/A-EJM] (Entered: 01/23/2018) |
| 01/23/2018 | 4 | SEALED CJA 23 Financial Affidavit as to Simon Sarmiento. (Filed in the District of Idaho on 1/18/2018.) (MFR) [4:17-mj-01628-N/A-EJM] (Entered: 01/23/2018) |
| 01/23/2018 | 5 | Rule 5(c)(3) Documents Received as to Simon Sarmiento. (SIB) [4:17-mj-01628-N/A-EJM] (Entered: 01/23/2018) |
| 02/07/2018 | 6 | INDICTMENT (Redacted for Public Disclosure) as to Simon Sarmiento (1) count(s) 1. Counsel is advised as to Arraignment set for 2/23/2018 @ 11:00 AM before Magistrate Judge Eric J. Markovich. TRIAL date is 4/3/2018 @ 9:30 AM, PLEA DEADLINE set 3/16/2018. NOTE: Notice of Intent to waive Defendant's Presence at Arraignment shall be filed not later than Tuesday prior to arraignment. (DPS) (Entered: 02/08/2018) |
| 02/07/2018 | 8 | SEALED UNREDACTED INDICTMENT as to Simon Sarmiento. (ADI-MFR, ) (Entered: 02/09/2018) |
| 02/23/2018 | 9 | MINUTE ENTRY for proceedings held before Magistrate Judge Eric J Markovich: Arraignment scheduled for today is VACATED. Per the USMS, defendant has been detained in another district. Status Conference/Attorney Appointment Hearing as to |

| | | | |
|---|---|---|---|
| | | | Simon Sarmiento held on 2/23/2018. Appointing James M Wilkes for Simon Sarmiento with Appointment Type: CJA. Per the USMS the defendant will be transported to this district by 2/28/2018. The Court sets the Initial Appearance and continues the Arraignment below.<br><br>**Appearances**: AUSA Stuart Zander, attorney on duty for the Government, CJA Attorney James Wilkes for defendant. Defendant is not present. Initial Appearance set for 2/28/2018 at 02:00 PM before Magistrate Judge Eric J Markovich. Arraignment continued to 2/28/2018 at 02:00 PM before Magistrate Judge Eric J Markovich. (Recorded by COURTSMART.) Hearing held 11:14 AM to 11:23 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SGG) (Entered: 02/23/2018) |
| 02/27/2018 | 10 | | MINUTE ORDER: The Court was informed by the U.S. Marshals Service that the defendant has not yet been transported to the District of Arizona. The Initial Appearance and Arraignment Hearings set for 2/28/2018 at 2:00 PM before Magistrate Judge Markovich are VACATED and to be reset upon notification of the defendant's arrival in the District of Arizona. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SGG) (Entered: 02/27/2018) |
| 03/01/2018 | 12 | | MINUTE ENTRY for proceedings held before Magistrate Judge Eric J Markovich: Initial Appearance as to Simon Sarmiento held on 3/1/2018. Defendant states true name to be the same. Arraignment held. Defendant enters plea of NOT guilty to all pending counts. Motion Hearing Date: All pretrial motions shall be filed sufficiently in advance of trial to avoid any delays in the trial pursuant to LRCrim 47.1. It is the responsibility of counsel to contact the referred Magistrate Judge to schedule a hearing on any motions requiring oral argument. Any motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be filed with the Clerk of the Court no later than 5:00 p.m. on the Monday following the plea deadline.<br><br>**Appearances**: AUSA Angela Woolridge (duty) for the Government, CJA Attorney Jack Lansdale for Jim Wilkes for defendant. Defendant is present and in custody (restraint level 0). Jury Trial set for 4/10/2018 at 09:30 AM in Courtroom 5C, 405 West Congress Street, Tucson, AZ 85701 before Judge Cindy K Jorgenson. Plea deadline is 3/23/18. (Recorded by COURTSMART.) Hearing held 2:21 PM to 3:04 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ARS) (Entered: 03/02/2018) |
| 03/06/2018 | 13 | | ORDER/Judge Update as to Simon Sarmiento. Chief Judge Raner C. Collins added as presiding judge and Magistrate Judge D. Thomas Ferraro added as referral judge. Judge Cindy K. Jorgenson and Magistrate Judge Eric J. Markovich no longer assigned. Jury Trial AFFIRMED for 4/10/2018 at 09:30 AM before Chief Judge Raner C. Collins. Signed by Judge Cindy K. Jorgenson on 3/6/2018.(SSG) (Entered: 03/06/2018) |
| 03/14/2018 | 14 | | MOTION to Continue Trial and Plea Deadline by Simon Sarmiento. (Wilkes, James) (Entered: 03/14/2018) |
| 03/14/2018 | 15 | | ORDER granting 14 Motion to Continue Trial and Plea Deadline filed as to Simon Sarmiento (1). Jury Trial set for 5/30/2018 at 09:30 AM before Chief Judge Raner C. |

| | | |
|---|---|---|
| | | Collins. Plea deadline is 5/11/2018. Signed by Chief Judge Raner C. Collins on 3/14/2018.(SSG) (Entered: 03/14/2018) |
| 05/07/2018 | 16 | Second MOTION to Continue Trial and Plea Deadline by Simon Sarmiento. (Wilkes, James) (Entered: 05/07/2018) |
| 05/07/2018 | 17 | ORDER granting 16 Motion to Continue Trial and Plea Deadline filed as to Simon Sarmiento (1). Jury Trial set for 7/17/2018 at 09:30 AM before Chief Judge Raner C. Collins. Plea deadline is 6/29/2018. Signed by Chief Judge Raner C. Collins on 5/7/2018.(SSG) (Entered: 05/07/2018) |
| 06/15/2018 | 18 | NOTICE OF CHANGE OF PLEA HEARING set for JUNE 19, 2018 at 11:15 A.M. by Simon Sarmiento. (Wilkes, James) (Entered: 06/15/2018) |
| 06/15/2018 | 19 | Defense counsel having contacted the court, IT IS ORDERED, as to Simon Sarmiento, that a Change of Plea Hearing is set for 6/19/2018 at 11:15 a.m., IN COURTROOM 3B, 405 West Congress Street, Tucson, AZ 85701 before Magistrate Judge Bruce G Macdonald. Ordered by Magistrate Judge Bruce G Macdonald.(BGM, ks)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 06/15/2018) |
| 06/15/2018 | 20 | NOTICE OF CHANGE OF PLEA HEARING set for JUNE 19, 2018 at 11:15 A.M. by Simon Sarmiento. (Wilkes, James) (Entered: 06/15/2018) |
| 06/19/2018 | 21 | CONSENT OF DEFENDANT Simon Sarmiento AND ORDER OF REFERRAL to Magistrate Judge Bruce G. Macdonald for entry of guilty plea. Signed by Chief Judge Raner C. Collins on June 19, 2018.(CXE) (Entered: 06/20/2018) |
| 06/19/2018 | 22 | MINUTE ENTRY for proceedings held before Magistrate Judge Bruce G. Macdonald: Change of Plea Hearing as to Simon Sarmiento held on June 19, 2018. The Defendant states his true name to be the same. Defendant enters a plea of guilty as to the Indictment. Agreement filed. THE COURT ORDERS the Trial date and pending hearings VACATED. Pending motions are rendered moot. Prior custody orders are AFFIRMED. The Court directs the U.S. Probation Office to prepare a Presentence Report.<br><br>**Appearances**: AUSA, Lori Price on behalf of Erica Seger for the Government; CJA Attorney, James Wilkes for the Defendant. Defendant is present and in custody (restraint level 0). Interpreter N/A. Sentencing set for September 17, 2018 at 9:10 a.m. before Chief Judge Raner C. Collins. (Recorded by COURTSMART.) Hearing held 11:24 a.m. to 11:35 a.m. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CXE) (Entered: 06/20/2018) |
| 06/19/2018 | 23 | PLEA AGREEMENT as to Simon Sarmiento. (CXE) (Entered: 06/20/2018) |
| 06/20/2018 | 24 | MAGISTRATE JUDGE FINDINGS & RECOMMENDATION UPON A PLEA OF GUILTY as to Simon Sarmiento. Signed by Magistrate Judge Bruce G. Macdonald on June 19, 2018.(CXE) (Entered: 06/20/2018) |
| 07/06/2018 | 25 | The District Court has reviewed the Findings and Recommendations of the Magistrate Judge 24 , and no objections have been filed. Therefore, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court |

| | | |
|---|---|---|
| | | accepts defendant's PLEA OF GUILTY as to Simon Sarmiento. Ordered by Chief Judge Raner C. Collins.(SSG)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 07/06/2018) |
| 09/17/2018 | 28 | MINUTE ENTRY for proceedings held before Judge Raner C. Collins: Sentencing as to Simon Sarmiento held on 9/17/2018. Sentence imposed. Judgment to issue.<br><br>**Appearances**: AUSA Erica Seger for the Government, CJA Attorney James Wilkes for defendant. Defendant is present and in custody (restraint level 0). Interpreter N/A. (Court Reporter Erica McQuillen.) Hearing held 9:11 AM to 9:33 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SSG) (Entered: 09/17/2018) |
| 09/18/2018 | 30 | JUDGMENT AND COMMITMENT ISSUED as to Simon Sarmiento (1), Count(s) 1, The defendant is committed to the custody of the Bureau of Prisons for a term of TIME SERVED; placed on supervised release for a term of THREE (3) YEARS to run concurrent with the supervision in CR16-01464-TUC-RCC(DTF); Special Assessment Remitted. Signed by Judge Raner C. Collins on 9/18/2018.(SSG) (Entered: 09/18/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/19/2018 12:22:44 | | | |
| **PACER Login:** | ux5112:4285631:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:18-cr-00188-RCC-DTF |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |